Friday, May 27, 2011

Mr. James Thomas McBride
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010

Mr. Kevin D. Van Oort
Asst. Atty. General Taxation Div.
300 W. 15th St., 11th FL (MC029)
P.O. Box 12548
Austin, TX 78711

RE: Case Number: 08-1056
 Court of Appeals Number: 03-07-00640-CV
 Trial Court Number: GN500637

Style: TGS-NOPEC GEOPHYSICAL COMPANY D/B/A TGS-NOPEC CORPORATION
 v.
 SUSAN COMBS, SUCCESSOR-IN-INTEREST TO CAROLE KEETON STRAYHORN,
 COMPTROLLER OF PUBLIC ACCOUNTS, AND GREG ABBOTT, ATTORNEY GENERAL OF
 TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Hecht and Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Yaira M. Torres, Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Gerard A. Desrochers |
| |Mr. Thomas R. Phillips |
| |Mr. Renn G. Neilson |